No. 86–84. NATIONAL BANCARD CORP. *v.* VISA U. S. A., INC. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 86–85. RISKEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

JUSTICE WHITE, with whom JUSTICE BRENNAN joins, dissenting.

This case presents the issue whether 18 U. S. C. § 1503 prohibits witness tampering. In this case, the Court of Appeals for the Eighth Circuit held that witness tampering is punishable under this provision. 788 F. 2d 1361 (1986). For the reasons stated in my previous dissent from denial of certiorari in *Cooper* v. *United States* and *Wesley* v. *United States*, 471 U. S. 1130 (1985), and consistent with my dissent from denial of certiorari in *Rovetuso* v. *United States*, 474 U. S. 1076 (1986), I would grant certiorari.

No. 86–90. SAN LUIS OBISPO MOTHERS FOR PEACE ET AL. *v.* UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE SCALIA took no part in the consideration or decision of this petition.